USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/8/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEC BYRNE,

                          Plaintiff,

        -against-                                    25-CV-08632 (MMG)

PEOPLE INC. and DOTDASH MEREDITH INC.,               **ORDER**

                          Defendants.

MARGARET M. GARNETT, United States District Judge:

        On October 22, 2025, the Court stayed Defendant Dotdash Meredith Inc.'s deadline to answer the complaint. Dkt. No. 3. The Court also ordered the parties to meet and confer and file a joint letter indicating whether the parties had settled. *Id.* On January 5, 2026, the parties filed a joint letter seeking a referral to Magistrate Judge Figueredo for a settlement conference and indicating that Defendant Dotdash Meredith Inc. intended to answer the complaint. Dkt. No. 12. On consideration of the foregoing, it is hereby ORDERED that:

    (1) This matter be referred to Judge Figueredo for a settlement conference (*see* Dkt. No. 13);

    (2) The parties file a status update regarding their efforts at reaching a settlement within seven (7) days of the settlement conference or by **February 27, 2026**, whichever is sooner; and

    (3) Defendant Dotdash Meredith Inc. answer the complaint on or before **Friday, January 16, 2026**.

        The Court will take appropriate next steps after receipt of the joint letter.

Dated: January 8, 2026
       New York, New York

                                         SO ORDERED.

                                         MARGARET M. GARNETT
                                         United States District Judge