# MCCULLOCH | KLEINMAN

May 15, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: *Byrne v. Dotdash Meredith, Inc.*, Case No. 1:25-cv-08632 (MMG)

Dear Judge Garnett,

This firm represents Plaintiff Alec Byrne ("Plaintiff") in the above-referenced matter. I write jointly with counsel for Defendant Dotdash Meredith Inc. ("Defendant") to request a continuance of the Initial Pretrial Conference currently scheduled for May 26, 2026 at 10:00 a.m. and related pre-conference submissions (*see* ECF No. 32). Counsel for Defendant will be traveling that week and thus unable to appear in-person. Additionally, my wife and I are expecting a baby in the first two weeks of June and thus, depending on the Court's schedule, a continuance to late-June or July would be preferable to Plaintiff.

This is the parties' first request for a continuance of the Initial Pretrial Conference and related deadlines, and there are no other deadlines in the case that would be affected.

GRANTED. The parties' deadline to file the joint letter and proposed case management plan described in the Court's April 28, 2026 Order (Dkt. No. 32) is hereby EXTENDED until **June 22, 2026**. The initial pre-trial conference scheduled for May 26, 2026, is hereby ADJOURNED until **Monday, June 29, 2026**, at **9:30 a.m.** The Conference will take place in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The Court wishes counsel safe travels and a warm welcome to the newest addition to counsel's family.

SO ORDERED. Dated May 21, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

Nathaniel A. Kleinman, Esq.
McCulloch Kleinman Law
nate@mkiplaw.com
*Counsel for Plaintiff*